IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

PAUL HARDAWAY AND
JACQUELINE HARDAWAY                                                                  PLAINTIFFS

V.                                                      CIVIL ACTION NO. 3:15CV175-NBB-SAA

LITTON LOAN SERVICING, LP;
OCWEN LOAN SERVICING, LLC;
AND RUSHMORE LOAN MANAGEMENT
SERVICES, INC.                                                                           DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motion to dismiss is **GRANTED**. This case is hereby **dismissed without prejudice** and closed.

This, the 10th day of May, 2016.

                                                             /s/ Neal Biggers
                                                             **NEAL B. BIGGERS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**